## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION


**WADSON RAYMOND,**

      **Petitioner,**

**vs.**                                        **Case No. 4:06cv239-WS/WCS**

**ALBERTO GONZALES, et al.,**

      **Respondents.**

_____/


### REPORT AND RECOMMENDATION

Petitioner submitted a § 2241 petition on May 18, 2006, in which he asserted that his continued detention in Respondents' custody was unlawful under Zadvydas v. Davis, 121 S.Ct. 2491.  Doc. 1.  Respondents were directed to file an answer, doc. 6, and have now filed a motion to dismiss.  Doc. 13.  The motion asserts that this case is moot because Petitioner was removed from the United States and returned to Haiti on August 28, 2006.  *Id.*  Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, has been provided.  Petitioner did not contest his removal from this country, and he is no longer in custody by virtue of his deportation to Haiti.

It is respectfully **RECOMMENDED** that the § 2241 petition filed by Wadson

Raymond, doc. 1, be **DISMISSED as moot**, and Respondents' motion to dismiss, doc.

13, be **GRANTED**.

**IN CHAMBERS** at Tallahassee, Florida, on September 7, 2006.


  s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**