IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WADSON RAYMOND,

        Petitioner,

v.                                              4:06cv239-WS

ALBERTO GONZALES, et al.,

        Respondents.

_____

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

     Before the court is the magistrate judge's report and recommendation docketed September 7, 2006.  See Doc. 14.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot.   The petitioner has not filed objections to the report and recommendation.

     Having carefully considered the record, this court has determined that the recommendation should be adopted.

     Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation (doc. 14) is hereby ADOPTED and incorporated by reference in this order of the court.

2.  Respondent's motion to dismiss (doc. 13) is GRANTED.

3.  The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DISMISSED as moot.

4.  The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   24th   day of   October  , 2006.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE